IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Fabianski, Mark | Case Number: 05 B 06332 |
| | Judge: Wedoff, Eugene R |
| Printed: 1/22/08 | Filed: 2/23/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Completed: December 28, 2007
Confirmed: April 7, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 5,250.00 | |
| Secured: | | 421.26 |
| Unsecured: | | 2,180.54 |
| Priority: | | 0.00 |
| Administrative: | | 2,225.20 |
| Trustee Fee: | | 251.36 |
| Other Funds: | | 171.64 |
| Totals: | 5,250.00 | 5,250.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,225.20 | 2,225.20 |
| 2. | American General Finance | Secured | 5,945.86 | 421.26 |
| 3. | Americash Loans, LLC | Unsecured | 32.24 | 322.43 |
| 4. | American General Finance | Unsecured | 25.57 | 0.00 |
| 5. | A All Payday Loan Company Inc | Unsecured | 103.98 | 1,039.80 |
| 6. | ECast Settlement Corp | Unsecured | 50.80 | 507.97 |
| 7. | ECast Settlement Corp | Unsecured | 31.03 | 310.34 |
| 8. | Pay Day Express | Unsecured | | No Claim Filed |
| | | | $ 8,414.68 | $ 4,827.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 30.00 |
| 3% | 7.50 |
| 5.5% | 130.61 |
| 5% | 6.25 |
| 4.8% | 66.01 |
| 5.4% | 10.99 |
| | $ 251.36 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Fabianski, Mark | Case Number:  05 B 06332 |
| | Judge:  Wedoff, Eugene R |
| Printed:  1/22/08 | Filed:  2/23/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                        Marilyn O. Marshall, Trustee, by:

                                        _____